# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 21, 2021

Lyle W. Cayce
Clerk

No. 21-50094
Summary Calendar

Roy A. Day,

*Plaintiff—Appellant*,

*versus*

USAA Casualty Insurance Company; Randall W Cornelius; Maria Angie Garcia,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:20-CV-1196

Before Wiener, Southwick, and Duncan, *Circuit Judges*.
Per Curiam:*

The district court determined plaintiff Roy Day's claims to be frivolous and dismissed his case with prejudice. AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.